FILED

2021 AUG 17 AM 11: 56

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 5:21-cr-54-JA-PRL
     18 U.S.C. § 922(a)(6)
KENYARI DEVAUGHNTE BREWTON   18 U.S.C. § 924(a)(1)(A)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about February 3, 2020, in the Middle District of Florida, the defendant,

KENYARI DEVAUGHNTE BREWTON,

in connection with the acquisition of a firearm, that is, a Romarm/Cugir (imported by Century Arms) firearm, from Classic Pawn and Gun, LLC, a Federally licensed firearms dealer, did knowingly make a false and fictitious written statement intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, United States Code, Chapter 44, to wit, answering "yes" to question 11.a. on ATF Form 4473 which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form?", when in fact the defendant knew he was buying the firearm on behalf of someone else.

1

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT TWO

On or about February 3, 2020, in the Middle District of Florida, the defendant,

KENYARI DEVAUGHNTE BREWTON,

knowingly made a false statement and representation to employees of Classic Pawn and Gun, LLC, a federally licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Classic Pawn and Gun, LLC, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that the defendant was the actual transferee/buyer of a firearm, specifically, a Romarm/Cugir (imported by Century Arms) firearm, when in truth and fact, the defendant was not the actual transferee/buyer.

In violation of 18 U.S.C. § 924(a)(1)(A).

## COUNT THREE

On or about February 27, 2020, in the Middle District of Florida, the defendant,

KENYARI DEVAUGHNTE BREWTON,

in connection with the acquisition of a firearm, that is, a Century Arms firearm, from Classic Pawn and Gun, LLC, a Federally licensed firearms dealer, did knowingly make a false and fictitious written statement intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, United States Code, Chapter 44, to wit, answering "yes" to question 11.a. on ATF Form 4473 which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form?", when in fact the defendant knew he was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT FOUR

On or about February 27, 2020, in the Middle District of Florida, the defendant,

KENYARI DEVAUGHNTE BREWTON,

knowingly made a false statement and representation to employees of Classic Pawn and Gun, LLC, a federally licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Classic Pawn and Gun, LLC, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and

Explosives Form 4473, Firearms Transaction Record, to the effect that the defendant was the actual transferee/buyer of a firearm, specifically, a Century Arms firearm, when in truth and fact, the defendant was not the actual transferee/buyer.

In violation of 18 U.S.C. § 924(a)(1)(A).

## COUNT FIVE

On or about March 2, 2020, in the Middle District of Florida, the defendant,

KENYARI DEVAUGHNTE BREWTON,

in connection with the acquisition of a firearm, that is, a Romarm/Cugir (imported by Century Arms) firearm, from Classic Pawn and Gun, LLC, a Federally licensed firearms dealer, did knowingly make a false and fictitious written statement intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, United States Code, Chapter 44, to wit, answering "yes" to question 11.a. on ATF Form 4473 which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form?", when in fact the defendant knew he was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT SIX

On or about March 2, 2020, in the Middle District of Florida, the defendant,

KENYARI DEVAUGHNTE BREWTON,

knowingly made a false statement and representation to employees of Classic Pawn and Gun, LLC, a federally licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Classic Pawn and Gun, LLC, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that the defendant was the actual transferee/buyer of a firearm, specifically, a Romarm/Cugir (imported by Century Arms) firearm, when in truth and fact, the defendant was not the actual transferee/buyer.

In violation of 18 U.S.C. § 924(a)(1)(A).

## COUNT SEVEN

On or about March 23, 2020, in the Middle District of Florida, the defendant,

KENYARI DEVAUGHNTE BREWTON,

in connection with the acquisition of a firearm, that is, a Pioneer Arms

firearm, from Classic Pawn and Gun, LLC, a Federally licensed firearms dealer, did knowingly make a false and fictitious written statement intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, United States Code, Chapter 44, to wit, answering "yes" to question 11.a. on ATF Form 4473 which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form?", when in fact the defendant knew he was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT EIGHT

On or about March 23, 2020, in the Middle District of Florida, the defendant,

KENYARI DEVAUGHNTE BREWTON,

knowingly made a false statement and representation to employees of Classic Pawn and Gun, LLC, a federally licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Classic Pawn and Gun, LLC, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that the

defendant was the actual transferee/buyer of a firearm, specifically, a Pioneer Arms firearm, when in truth and fact, the defendant was not the actual transferee/buyer.

In violation of 18 U.S.C. § 924(a)(1)(A).

## COUNT NINE

On or about August 26, 2020, in the Middle District of Florida, the defendant,

KENYARI DEVAUGHNTE BREWTON,

in connection with the acquisition of a firearm, that is, a Century Arms firearm, from Classic Pawn and Gun, LLC, a Federally licensed firearms dealer, did knowingly make a false and fictitious written statement intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, United States Code, Chapter 44, to wit, answering "yes" to question 11.a. on ATF Form 4473 which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form?", when in fact the defendant knew he was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT TEN

On or about August 26, 2020, in the Middle District of Florida, the

defendant,

KENYARI DEVAUGHNTE BREWTON,

knowingly made a false statement and representation to employees of Classic Pawn and Gun, LLC, a federally licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Classic Pawn and Gun, LLC, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that the defendant was the actual transferee/buyer of a firearm, specifically, a Century Arms firearm, when in truth and fact, the defendant was not the actual transferee/buyer.

In violation of 18 U.S.C. § 924(a)(1)(A).

## COUNT ELEVEN

On or about April 26, 2021, in the Middle District of Florida, the defendant,

KENYARI DEVAUGHNTE BREWTON,

in connection with the acquisition of a firearm, that is, a .40 caliber Glock firearm and a 9mm caliber Glock firearm, from Classic Pawn and Gun, LLC, a Federally licensed firearms dealer, did knowingly make a false and fictitious

written statement intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, United States Code, Chapter 44, to wit, answering "yes" to question 21.a. on ATF Form 4473 which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form?", when in fact the defendant knew he was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT TWELVE

On or about April 26, 2021, in the Middle District of Florida, the defendant,

KENYARI DEVAUGHNTE BREWTON,

knowingly made a false statement and representation to employees of Classic Pawn and Gun, LLC, a federally licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Classic Pawn and Gun, LLC, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that the defendant was the actual transferee/buyer of a firearm, specifically, a .40

caliber Glock firearm and a 9mm caliber Glock firearm, when in truth and fact, the defendant was not the actual transferee/buyer.

In violation of 18 U.S.C. § 924(a)(1)(A).

## FORFEITURE

1. The allegations contained in Counts One through Twelve are incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. §§ 922 or 924, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

KARIN HOPPMANN
Acting United States Attorney

By: _____
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

By: _____
For Amanda L. Riedel
Assistant United States Attorney
Deputy Chief, Criminal Division

11

FORM OBD-34
August 21

No. 

UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

KENYARI DEVAUGHNTE BREWTON

INDICTMENT

Violations:   18 U.S.C. § 922(a)(6) – 6 counts
18 U.S.C. § 924(a)(1)(A) – 6 counts

A true bill,

_____
Foreperson

Filed in open court this 17th day

of August, 2021.

_____
Clerk

Bail $ _____

GPO 863 525